UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| STEPHANIE SMITH, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CV415-041 |
| BIG LOTS STORES, INC. et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

The Court having reviewed and considered the petitions of Barbara A. Marschalk and Matthew T. Jones of the law firm of Drew, Eckl & Farnham, LLP, 880 West Peachtree Street, Atlanta, Georgia 30309, for permission to appear pro hac vice on behalf of defendants Big Lots Stores, Inc. et al., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Barbara A. Marschalk and Matthew T. Jones as counsel of record for defendants Big Lots Stores, Inc. et al., in this case.

**SO ORDERED** this __31st__ day of March, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA