IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

STEPHANIE SMITH, )
)
    Plaintiff, )
)
v. ) CASE NO. CV415-041
)
BIG LOTS STORES, INC. and JOYCE )
LAST NAME UNKNOWN, )
)
    Defendants. )
)

## O R D E R

Before the Court is the parties' Stipulation of Dismissal With Prejudice. (Doc. 20.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, all claims in this case are **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 24th day of August 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA